ACCEPTED
06-14-00192-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/14/2015 8:30:47 PM
DEBBIE AUTREY
CLERK

**IN THE COURT OF APPEALS**
**Sixth Appellate District**
**State of Texas**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/15/2015 8:14:00 AM

DEBBIE AUTREY
Clerk

**REGINALD REECE,**
                    **Appellant**

**v.**                                          **NO. 06-14-00192-CR**
                                                **Trial Court #11F0746-202**

**STATE OF TEXAS,**
                    **Appellee**

**SECOND MOTION FOR EXTENSION**
**OF TIME TO FILE APPELLANT'S BRIEF**


TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Reginald Reece**, Appellant, by and through his below named Attorney and pursuant to Texas Rules of Appellate Procedure, hereby requests an extension of the time period for the filing of the Appellant's Brief and in support of same would show the Court as follows:

I.

A.     This case is pending from the 202nd Judicial District Court of Bowie County, Texas.   The date of the Judgment is October 12, 2014, with sentence being imposed by the trial court on October 12, 2014.

B.     The case was styled, "State of Texas v. Reginald Reece, Cause No. 11 F 0746 202.

C.     Appellant was convicted of the offense of Theft of less than $1500.00, With

Prior Convictions.

D.   Punishment was assessed by the jury to 20 years in the Institutional Division of the Texas Department of Criminal Justice.

E.   The Appellant's Brief is due to be filed March 15, 2015.

F.   Appellant requests an extension of the filing of Appellant's Brief Ten (10) days, making the Appellant's Brief due on April 25, 2015.

G.   Appellant's attorney has been diligent in researching and preparing the Appellant's brief for the Court however, due to counsel's preparation in a capital murder criminal jury trial styled the State of Arkansas v. Tim Howard, in the Circuit Court of Little River County, Arkansas, counsel has had insufficient time to complete Appellant's brief.

Additionally, Appellant's attorney is appellate counsel for Kevin Fahrni, currently pending before this Court, in cause number 06-14-00148CR styled, "Kevin Fahrni v. State of Texas". Counsel was granted an extension of time to file the brief in that case to allow the Court Reporter to file an omission from the record, said brief is currently due April 16, 2015.

H.   There has been one previous request for extension in this cause.

I.   Counsel for Appellant has contacted the Assistant Criminal District Attorney for Bowie County, Texas, who is assigned to this matter and he has no

objection to the request of the Appellant.

## II.

Appellant's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

## PRAYER

WHEREFORE, on the basis of the Texas Rules of Appellate Procedure, Appellant's attorney respectfully requests this Court to grant the Motion for Extension of Time for the filing of Appellant's Brief.

Respectfully submitted,

 /s/ *Alwin A. Smith*
Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief has been forwarded to Michael Shepherd, 601 Main Street, Texarkana, Texas, on this the _13th_ day of March 2015.

 /s/*Aliwn A. Smith*
Alwin A. Smith